IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS SCOTT GRIFFITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 3:13-cv-00859 |
| JAMES HENRY, et al, | ) | Chief Judge Haynes |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Initial Case Management Conference previously set in this matter for Friday, October 25, 2013 at 1:00 p.m. is reset for **Monday, October 28, 2013 at 2:00 PM**.

It is so **ORDERED**.

ENTERED this the 26 day of September, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court